PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _Northern_ **DISTRICT OF TEXAS**
_Amarillo_ **DIVISION**

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
> APR - 1 2021
> CLERK, U.S. DISTRICT COURT
> By_____ Deputy

_Gerald Wilson Thomas # 22 7515/95_
Plaintiff's Name and ID Number

_Bill Clements 9601 Spur 591, Amarillo, TX, 79107_
Place of Confinement

**2-21CV-061-Z**

CASE NO._____
(Clerk will assign the number)

v. _Safe Prison Sergeant Amy J Flores_
_Bill Clements 9601 Spur 591, Amarillo, TX, 79107_
_Daniel Pacheco Bill Clements, 9601 Spur 591, Amarillo, TX, 79107_
Defendant's Name and Address
_Dustin G Anderson Sergeant Bill Clement 9601 Spur 591, Amarillo, TX, 79107_
_Alex Gurrola Lieutenant Bill Clements 9601 Spur 591, Amarillo, TX, 79107_
Defendant's Name and Address
_Jose A Jimeuz II Sergeant Bill Clements 9601 Spur 591, Amarillo, TX, 79107_
_Warden Briston Bill Clements 9601 Spur 591, Amarillo, TX, 79107_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."     *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?　___ YES　_X_NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

9601 SPUR 591

II.   PLACE OF PRESENT CONFINEMENT: BILL CLEMENTS   AMARILLO, TX, 79107

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: GERALD WILSON THOMAS H007S195
BILL CLEMENTS UNIT 9601 SPUR 591 AMARILLO
TEXAS, 79107

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: SAFE PRISONS OFFICER SERGEANT AMY J FLORES
BILL CLEMENTS UNIT 9601 SPUR 591, AMARILLO, TX, 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
VIOLATION OF MY SAFETY RIGHTS EIGHTH AMENDMENT

Defendant #2: DANIEL PACHECO CAPTIAN BILL CLEMENTS
UNIT 9601 SPUR 591, AMARILLO, TX, 79107
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
VIOLATION OF MY SAFETY RIGHTS EIGHTH AMENDMENT

Defendant #3: DUSTIN G ANDERSON SERGEANT BILL CLEMENTS
UNIT 9601 SPUR 591, AMARILLO, TX, 79107
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
VIOLATION OF MY SAFETY RIGHTS EIGHTH AMENDMENT

Defendant #4: JOSE A JIMENEZ-II SERGEANT BILL CLEMENTS
9601 SPUR 591, AMARILLO, TX, 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
VIOLATION OF MY SAFETY RIGHTS EIGHTH AMENDMENT

Defendant #5: ALEX R. GURROLA LIEUTENANT BILL
CLEMENTS UNIT 9601 SPUR 591, AMARILLO, TX, 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
VIOLATION OF MY SAFETY RIGHTS EIGHTH AMENDMENT

DEFENDANT #6 WARDEN BRISTOW
BRIEFLY DESCRIBE THE ACTS OR OMISSION(S) OF THIS DEFENDANT
WHICH YOU CLAIMED HARMED YOU
VIOLATION OF MY SAFETY RIGHTS EIGHT AMENDMENT

Rev. 05/15

PAGE #3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_See LiNe PAPER ATTACHMENT COMPLIANT PAGES #7_

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

_See ATTACHMENT LiNE PAPER & TiTlED PRAYER FOR RELIEF_

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

GERALD THOMAS , GERALD WILSON THOMAS

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ #2275195 /ADoC #243235 /CDCR # AT9325

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?               ____YES ____NO

Rev. 05/15

4

Page(#1)

## Compliant

Hello my name is Gerald Thomas I am a transgender you can see documentation in exhibit #1 im currently incarcerated in Texas department of criminal justice (TDCJ) for a sentence of 99 years im currently housed at Bill Clements unit 9601 Spur 591, Amarillo, TX, 79107 my constitutional rights my eight amendment is being severly violated here at Bill Clement unit and TDCJ units in general I came to Bill Clements unit in febuary 2020 I was housed on delta wing 233 cell where transgender and OPI's (offender protection investigations), pre hearing detention and transient are housed as you can see in exhibit #B,C,D,E shortly after arrived on the unit I was sexually harrassed by a sergeant and even threatened by this same sergeant Janow for filing a grieuanance on him even know they said they did a investigation no one came to talk to me about this issue at all in exhibit ##H you can see that they said they did a investigation on sexual abuse but no one came to talk to me even know I had several witnesses who heard this whole incident.

Then shortly after that incident I started recieving kites from known confirmed gang members threatening to due physical violence and sexuall assault to me if I didnt pay

MONEY, OR DO SEXUAL FAVORS FOR MONEY I IMMEDIATLY
WROTE SAFE PRISONS OFFICER AMY FLORES I-60
REQUEST FORMS TELLING HER MY LIFE WAS IN
DANGER AGIAN SHE NEVER ONCE AND CAME TO TALK
TO ME SHE CAME AND TALKED WITH 3 INMATES
THAT I TOLD HER IN THE REQUEST FORM WAS
THREATENING ME SHE TOLD THEM THAT I WAS
WRITING REQUEST FORMS ON THEM AND WHY WAS
THEY THREATENING NOT ONCE DID SHE COME AND
TALK TO ME OR MOVE ME AWAY FROM MY
DANGEROUS SITUATION SHE PUT ME IN MORE DANGER
BY LETTING THOSE INMATES KNOW AND LEAVING
ME IN THE SAME WING WITH THEM I WROTE
SEVERAL I-60'S/REQUEST FORMS TO SERGEANT AMY
FLORES LETTING HER KNOW MY LIFE WAS IN
DANGER, DUE TO MY HOMOSEXUAL BEHIAVOR AND MY
SEXUALITY SOMEHOW THOSE I-60'S/REQUEST FORM
GETS MISPLACED OR LOST I HAVE WROTE
SEVERAL GRIEVANANCES STATING MY LIFE WAS IN
DANGER SOMEHOW THOSE GET LOST OR MISPLACED
SO I STOPPED WRITING THEM.
THEN I HAVE TRIED SEVERAL DOZEN OF TIMES
TELL LT. ALEX GURROLLA ABOUT MY LIFE
BEING IN DANGER, ABOUT MY HOMOSEXUAL BEHIAVOR
AND MY SEXUALITY HE ALWAYS JUST LAUGHS AND
TELLS ME TO STOP BEING A PUSSY BEFORE I
GAS YOU UPON BELIEF THIS LT HAS

SCARED INMATES OUT OF OPI'S (OFFENDER PROTECTION INVESTIGATION) WITH PHYSICAL THREATS HE MADE THOSE INMATES GO BACK INTO THE SAME DORM WITH THE SAME PEOPLE WHO THREATENED THEM WHICH IF I GO TO TRIAL ON THIS SOME OF THEM WILL BE ON THE WITNESS LIST.

ON 9-30-2020 I HAD SERGEANT JOSE JIMENEZ II COME TO MY CELL A-233 AND DO RACIAL SALUTE TWICE AND TELL ME MY TIMES COMING AND THAT IM A SNITCHING TRANSGENDER HE EVEN DESCRIBED THE PERSON WHO SENT THE MESSAGE THERE WAS A CAMERA RIGHT IN FRONT OF MY CELL AND I HAD SEVERAL WITNESSES WHO HEARD AND SEEN ALL THIS AS YOU SEE EXHIBIT F,G THEY DID NOTHING ABOUT IT NO ONE CAME TO TALK TO ME ABOUT THIS NO PREA OR SAFE PRISONS OFFICER CAME TO TALK TO ME ABOUT THIS ~~~~~ ISSUE A UPON ~~~~~ BELIEF THIS SERGEANT HAS BEEN IN TROUBLE FOR HURTING INMATES PHYSICALLY.

ON 10-8-2020 I WROTE THE OIG OFFICE INSPECTOR GENERAL AND ALSO A GRIEVANANCE ABOUT MY LIFE BEING IN DANGER IN GENERAL POPULATION NO ONE CAME TO SEE ME ABOUT IT SO THOSE WERE MISPLACED AGIAN OR LOST I DO HAVE COPIES OF BOTH OF THEM

IN OR ABOUT SEPTEMBER 2020 I WROTE SAFE PRISONS PROGRAM MANAGMENT OFFICE AND PREA OMBUDSMAN

PAGE 8

IN HUNTSVILLE 2 MONTHS LATER AFTER WRITING THEM CAPTIAN DANIEL PACHECO ON 11-2-2020 I FILED A (OPI) OFFENDER PROTECTION INVESTIGATION I GAVE DANIEL PACHECO SEVERAL KITES WHERE I WAS GETTING DEATH THREATS AND EXTORTION AND THREATS OF SEXUAL ASSAULTS BY OTHER OFFENDERS I EVEN STATED TO HIM ABOUT SRGT JIMENEZ II AND WHAT HE DID TO ME AND I ASKED SHOULD I PUT THAT IN THE (OPI) STATEMENT HE SAID NO THAT INVESTIGATION IS DONE I KEPT ASKING HIM QUESTIONS HE STATED YOU GOT 99 YEARS WHO CARES HE TOLD THE OFFICER TO GET ME OUT OF HIS OFFICE BEFORE HE SLAPS THE FUCK OUT OF ME ON 11-3-2020 I HAD A OFFICER PULL UP IN FRONT OF MY CELL D-233 AND TELL ME MY OPI WAS DENIED IN FRONT OF ALL THE INMATES WHICH PUT ME IN MORE DANGER I NEVER WENT TO UCC ON THIS OPI WHICH TDCJ POLICY STATES WERE SUPPOSE TO SEE UNIT CLASSIFICATION COMMITTEE AFTER FILING A OPI ON 11-5-2020 I WENT TO CRISIS MENTAL HEALTH CELL DUE TO ME BEING SUICIDAL BECAUSE NO ONE WANTS TO HELP ME AND THEY KEEP DENYING ME SAFEKEEPING WHERE I BELONG SHORTLY AFTER THAT INCIDENT I WAS PLACED BACK ON DELTA WING D-118 WHERE I WAS THREATENED AGIAN AND EXTORTED I HAD SRGT ANDERSON APPROACH MY CELL IN FRONT OF THE WHOLE

DORM AND ASK ME IF I WANT TO FILE A OPI
I SAID NO BECAUSE I WAS SCARED WHAT THE
INMATES WERE GONNA DO MORE HARM TO ME UNSURE
EXACT DATE ON THIS THERE IS DOCUMENTATION,
BECAUSE I FILLED OUT A PAPER THAT MY LIFE
WAS NOT IN DANGER ON DECEMBER 10TH
I HAD 2 CORRECTIONS OFFICER PLUS SERGEANT
DUSTIN ANDERSON COME TO MY CELL A-118 TELL
ME TO PACK IT UP YOUR MOVING TO BRAVO WING
I SAID I CANT BE HOUSED IN A CELL WITH ANOTHER
OFFENDER HERE DUE TO SHOWERS IN THE CELL AND
ME BEING A TRANSGENDER SRGT ANDERSON SAID
YES YOU CAN YOUR GONNA MOVE I TOLD HIM
I WAS SUICIDAL YOULL SEE THAT INCIDENT
IN EXHIBIT #A UPON BELIEF THIS SRGT HAS
PUT TRANSGENDERS IN CELLS WITH OTHER OFFENDERS
IN IT WITH SHOWERS IN IT.
I PUT WARDEN BRISTON IN THIS COMPLAINT DUE TO
HIM BEING THE WARDEN AND HIM OPERATING, SUPERVISING
BILL CLEMENTS UNIT.
THIS IS AN ONGIONG PROBLEM FOR ME IN TDCJ
IN GENERAL I BEEN TO SEVERAL UNITS WHERE
IVE BEEN SEXUALLY ABUSSED, HARRASSED AND
THREATENED I FILED SEVERAL (OPI'S) OFFENDER
PROTECTION INVESTIGATIONS AND WAS SHIPPED
TO OTHER UNITS EVERY TIME I GET TO FILE
A OPI HERE AT BILL CLEMENTS I NEVER SEE

UCC UNIT CLASSIFICATION COMMITTEE LIKE TDCJ POLICY STATES IM NEVER REMOVED FROM THE SITUATION IM IN LIKE TDCJ POLICY STATES IVE BEEN A VICTIM OF SEXUAL ASSAULT/RAPE IN ARIZONA DEPARTMENT OF CORRECTIONS EVERY TIME IM INCARCERATED IM IN SOME FORM OF PROTECTED CUSTODY DUE TO HOW VULNERABLE I AM TO BEING A VICTIM OF SEXUAL AND PHYSICAL THREATS DUE TO MY HOMOSEXUAL BEHAVIOR AND MY SEXUALITY AND HOW SMALL AND VULNERABLE I AM IM 6 FEET 137 POUNDS SO IM VERY SMALL I CANT DEFEND MYSELF WELL TDCJ POLICY ON SAFE PRISONS/SAFEKEEPING POLICY I SHOULD BE PLACED ON SAFEKEEPING DUE TO ALL THESE REASONS TDCJ POLICY STATES IS OFFENDER WHO REQUIRE SEPERATE HOUSING FROM GENERAL POPULATION BECAUSE OF THREATS TO THEIR SAFETY DUE TO A HISTORY OF HOMOSEXUAL BEHAVIOR, A POTENTIAL VICTIMIZATION OR OTHER SIMILAR REASONS I FIT THE CRITERIA FOR SAFEKEEPING JUST MOVING ME TO ANOTHER UNIT WONT SOLVE MY ISSUES ITS BEEN DONE BEFORE THESE ARE REOCCURRING EVENTS ON EVERY TDCJ UNIT I BEEN TOO WHICH I GOT DOCUMENTATION TO SHOW FOR THIS I REFUSE RECREATION OR TO COME OUT OF MY CELL IF I HAVE TO BE AROUND

ANOTHER OFFENDER DUE TO ME BEING SCARED OF
MY LIFE BEING IN DANGER IT IS MY CONSTITUTIONAL
RIGHT TO BE SAFE WHILE IN TDCJ CUSTODY MY
EIGHT AMENDMENT IS SEVERLY BEING VIOLATED IN
TDCJ UNITS I HAVE NO PLAIN ADEQUATE OR
COMPLETE REMEDY AT LAW TO REDRESS THE
~~BROKE~~ WRONGS DESCRIBED HEREIN. I BEEN
AND WILL CONTINUE TO BE IRREPARABLY
INJURED BY THE CONDUCTS OF THE DEFENDANTS
AND TDCJ UNLESS THIS COURT GRANTS THE
DECLARATORY AND INJUNCTIVE RELIEF I SEEK
TO BE PLACED IN TDCJ SAFEKEEPING OUT
OF HARMS WAY

RESPECTFULLY SUBMITTED:

GERALD THOMAS
# 2275195

# PFR

## Prayer For Relief

Wherefore, Plaintiff Respectfully Prays that this Court enters judgement granting Plaintiff:

1. A declaration that the acts and omissions described herein violated Plaintiffs rights under the Constitution and the Laws of the United States

2. A preliminary and permanent injunction ordering defendants, Captian Daniel Pacheco, Safe Prisons Sergeant Amy Flores, Jose A Jimenez II Sergeant, Sergeant Dustin Anderson, Alex Gurrola Lieutenant, Warden Bristow to stop putting me in harms way or rethalating against me because I'm a trasgender also order defendants to place me in TDCJ safekeeping.

3. A jury trial on all issues triable by jury.

4. Plaintiffs cost in this suit.

5 Plaintiff seeks to be placed in TDCJ safekeeping.

6. Any additional relief this court deems just, proper and equitable.

Dated: _____

Respectfully submitted

Gerald Thomas

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: **3-29-2021**
_____
DATE

_~~Gerald Thomas~~_ (signature)
GERALD WILSON THOMAS
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____**29**_____ day of _____**3**_____, 20 **21**.
         (Day)                    (month)              (year)

_~~Gerald Thomas~~_ (signature)
GERALD WILSON THOMAS
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

GERALD THOMAS # 2275145
PLAINTIFFS NAME #

✓.

DECLARATION

LT ALEX GURROLA
DEFENDANT #1

SAFE PRISON SERGEANT AMY FLORES
DEFENDANT #2

CAPTAIN DANIEL PACHECO
DEFENDANT #3

SERGEANT JOSE JIMENEZ #
DEFENDANT #4

SERGEANT DUSTIN ANDERSON
DEFENDANT #5

WARDEN BRISTOW
DEFENDANT #6

GERALD THOMAS #2275145
NAME #

CIVIL ACTION #

# STATEMENT

GERALD THOMAS HEREBY DECLARES THAT HERE AT BILL
CLEMENTS UNIT AMARILLO, TX DOES NOT PROPERLY HANDLE
OPI OFFENDER PROTECTION INVESTIGATIONS PROPERLY TRANSGENDERS
ARE TREATED POORLY AND UNFAIR MANY TRANSGENDERS HERE AT BILL
CLEMENTS UNIT HAVE BEEN JUMPED EXTORTED SEXUALLY ASSAULTED
AND THERE TO SCARED TO FILE A OPI BECAUSE AFTER YOUR OPI
HERE AT BILL CLEMENTS IS DENIED YOU GO BACK INTO THE
SAME HOUSING UNIT WITH THE SAME OFFENDERS PUTTING YOU
IN MORE DANGER THAT VIOLATES THE EIGHT AMENDMENT MY RIGHT
TO BE SAFE WHILE IN TDCJ CUSTODY LT ALEX GURROLA IS KNOWN
FOR SCARING OFFENDERS OUT OF OPI'S WITH CHEMICAL AGENTS
AND THREATS OF PHYSICAL HARM I WILL HAVE SOME OFFENDERS
TESTIFY TO THIS IF IT GOES TO TRIAL SAFE PRISONS OFFICER AMY
FLORES HAS OFFICERS DO THE OPI AREA INVESTIGATIONS EVEN KNOW
TDCJ POLICY STATES ANY OPI WITH ANYTHING SEXAUL
YOUR SUPPOSE TO TALK TO PREA SAFE PRISONS OFFICERS SHE
DISREGARDS MOST REQUEST FORMS EVEN LIFE

IN DANGER, WHICH I WILL HAVE OFFENDERS TESTIFY TO THESE

ACCUSATIONS IF THIS CASE GOES TO TRIAL CAPTAIN DANIEL PACHECO
IS KNOWN FOR DENYING OPI'S AND PHYSICALLY USING EXCESSIVE
FORCE ON INMATES AND PHYSICAL THREATS TO INMATES AND
TRANSGENDERS I WILL HAVE OFFENDERS TESTIFY TO THESE ACCUSATIONS
IF THIS CASE GOES TO TRIAL SERGEANT JIMENEZ II IS KNOWN FOR
PHYSICALLY USING EXCESSIVE FORCE ON OFFENDERS AND NOT FOLLOWING
TDCJ POLICYS SERGEANT DUSTIN ANDERSON IS KNOWN FOR LEAVING
TRANSGENDERS IN CELLS NAKED AND EXPOSED AFTER TAKING THERE
PROPERTY HES KNOWN FOR HOUSING TRANSGENDERS WITH OTHER OFFENDERS
IN THE CELL WITH A SHOWER IN IT THAT GOES AGIANTS TDCJ POLICY
HE IS KNOWN FOR NOT FOLLOWING TDCJ POLICY WHEN IT COMES TO
TRANSGENDERS I WILL HAVE OFFENDERS TESTIFY TO THIS
BRISTOW IS RESPONSIBLE FOR THE OPERATION OF BILL CLEMENTS
UNIT IT WILL BE DETRIMENTAL TO MY HEALTH IF YOU DONT WARDEN
GRANT MY INJUNCTION AND HAVE THEM PLACE ME
IN TDCJ SAFEKEEPING WHICH, UPON BELIEF THESE
DEFENDANT WILL RETALATE AGIANST ME PHYSICALLY
AND MENTALLY IM ASKING THIS COURT TO GRANT MY
DECLARATION AND MY INJUNCTION AND HAVE TDCJ
PLACE ME IN SAFEKEEPING WHERE I WONT BE IN
HARMS WAYS


I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT EXCUED AT
AMARILLO, TEXAS, 79107 BILL CLEMENTS UNIT ON
3-29-2021


SIGNATURE

GERALD THOMAS #2275185
PRINTED NAME

# Texas Department of Criminal Justice

ACCEPT AS ORIGINAL

# STEP 1

**OFFENDER
GRIEVANCE FORM**

EXHIBIT #A

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

**Offender Name:** GERALD THOMAS   **TDCJ #** 2275195

**Unit:** MONTFORD    **Housing Assignment:** A-L13

**Unit where incident occurred:** BILL CLEMENTS

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SRGT ANDERSON    When? SCANNING DECEMBER 10TH

What was their response? YOU HAVE TO MOVE → BRAVO WING WITH A CELLMATT

What action was taken? I WAS PLACED IN CRISIS DUE TO SUICIDAL REASONS

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON OR ABOUT DECEMBER 10TH I HAD 2 CORRECTIONS OFFICER
CAME TO MY CELL D-118 FCB HIGH SECURITY THEY TOLD ME
TO PACK UP YOUR STUFF YOUR MOVING I ASKED TO WHERE
THEY SAID B WING A 2 MAN CELL I TOLD THEM I REFUSE
IM A TRANSGENDER I CANT BE PLACED IN A CELL WITH
ANOTHER OFFENDER DUE TO ME BEING A TRANSGENDER AND
THERES A SHOWER IN THE CELL THE 2 CORRECTIONS OFFICER
WALKED AWAY THEN SRGT ANDERSON CAME TO MY CELL
D-118 FCB HE ASKED WHY DONT YOU WANT TO MOVE
I SAID IM A TRANSGENDER I CANT HOUSE IN A CELL
WITH ANOTHER OFFENDER WITH A SHOWER IN IT HE SAID
YES YOU CAN YOUR MOVING I STARTED FEELING
DEPRESSED SO I WENT TO CRISIS DUE TO SUICIDAL
REASONS. BUT THIS IS NOT RIGHT FOR THESE 2
CORRECTIONAL OFFICERS SRGT ANDERSON TRY TO HOUSE
ME IN A CELL WITH ANOTHER OFFENDER WITH A
SHOWER IN IT IM A TRANSGENDER THIS IS NOT
RIGHT AT ALL MY RIGHTS WERE BEING VIOLATED
AS A TRANSGENDER CAN YOU LOOK INTO THIS
WHEN YOU HAVE A CHANCE I WOULD GREATLY
APPRECIATE IT PLEASE AND THANK YOU FOR
YOUR TIME

I KNOW THIS GRIEVANANCE IS WAY

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

PAST DUE THE SEVEN DAYS TO BE TURND IN BY I BARELY WAS ABLE TO GET A GRIEVANANCE CAN YOU PLEASE TAKE THIS INTO CONSIDERATION AND FILE THIS GRIEVANANCE PLEASE AND THANK YOU FOR YOUR TIME   JAN 21 2021

**Action Requested to resolve your Complaint.**
TO SEE MY RIGHT WORE BEING VIOLATED AS A TRANSGENDER

**Offender Signature:** _Gerry_        **Date:** 1-20-2020

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        **\*Resubmit this form when the corrections are made.**

☒ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _TWhitfield / QWhitful_

**Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.**

**Medical Signature Authority:** _____

-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | 2021061039 |
| Screening Criteria Used: | 899-01 |
| Date Recd from Offender: | JAN 21 2021 |
| Date Returned to Offender: | JAN 21 2021 |
| **2ⁿᵈ Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3ʳᵈ Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

EXHIBIT #B

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020087841

Date Received: MAR 0 9 2020

Date Due: 4-98-20

Grievance Code: 013

Investigator ID #: 2108

Extension Date: _____

Date Retd to Offender: APR 17 2020

**Offender Name:** GERALD THOMAS **TDCJ #** 2275195

**Unit:** CLEMENTS **Housing Assignment:** HS D-233

**Unit where incident occurred:** CLEMENTS UNIT

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SRGT JANON **When?** 3-8-20

What was their response? I GOT A SHANK THAT IL STICK IN YOUR PUSSY

What action was taken? IM WRITING THIS GRICVANCE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 3-8-20 SRGT JANON WAS HELPING THE NURSE PASS OUT NIGHT MEDICATIONS HE CAME TO MY CELL AND STATED HEY CHEST PAINS I SAID YEA OK HE SAID I PLAY WITH SHANKS AS HE WAS LOOKING AT ME HE WAS REFERRING TO CASE #20200137847 WELL I PRODUCED A WEAPON ON CAMERA AS SRGT JANON WAS WALKING AWAY FROM MY CELL AFTER I RECIEVED MY MEDICATIONS HE SAID I LOOKED YOU UP I KNOW YOUR GAY I GOT A 7 INCH SHANK IL STICK IN YOUR PUSSY SINCE THATS WHAT YOU GOT I AM A TRANSGENDER THAT WAS VERY UNPROFESSIONAL TO MAKE THOSE SEXUAL ADVANCES ON ME BECAUSE I AM A TRANSGENDER I WOULD LIKE TO TALK TO PREA ABOUT THIS BECAUSE I REALLY FEEL THIS OFFICER WAS MAKING SEXUAL ADVANCES TOWARD ME WHEN HE TOLD ME HE LOOKED ME UP AND SAID I HAVE A 7 INCH SHANK TO STICK IN YOUR PUSSY SINCE THATS WHAT YOU GOT CAN YOU LOOK INTO THIS ASAP I WOULD GREATLY APRECIATE IT PLEASE AND THANK YOU FOR YOUR TIME I DO HAVE SEVERAL INMATES AS WITNESSES TO HIM SAYING THIS IF ANYTHING HAPPENS

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

TO ME AFTER I WRITE THIS GRIEVANCE IT
IS RETALATION FOR ME WRITING THIS
GRIEVANCE

_____

_____

_____

_____

_____

**Action Requested to resolve your Complaint.** SRGT JAMAN INVESTIGATED FOR

MAKING SEXUAL ADVANCES TOWARD ME.

**Offender Signature:** _____          **Date:** 3-8-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. Staff denied your allegation of
sexually harassing you. Unit investigation regarding your allegations was completed on 3-26-20.
Upon completion it was determined that your allegations were unfounded. No further action is
warranted.

**Signature Authority:** _Floyd Keesee_  Floyd Keesee     **Date:** APR 17 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned Because:**          *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



EXHIBIT #C

JUL - 1 2020



## Texas Department of Criminal Justice

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: GERALD THOMAS    TDCJ # 2275105

Unit: CLEMENTS    Housing Assignment: HS-D-233

Unit where incident occurred: CLEMENTS UNIT

**OFFICE USE ONLY**

Grievance #: 2020087841

UGI Recd Date:

HQ Recd Date: MAY 0 4 2020

Date Due: Ce-Ce

Grievance Code: 013

Investigator ID#: 12448

Extension Date:

APR 27 2020

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

B I AM DISSATISFIED WITH STEP 1 GRIEVANCE #2020087841 BECAUSE SRGT JANOW DID SEXUALLY HARASS ME DUE TO ME BEING TRANSGENDER THAT IS NOT RIGHT THEN IT STATES IN POLICY THAT IM NOT SUPPOSE TO RECIEVE A WRITE-UP FOR WRITING A OFFICER UP DUE TO THIS GRIEVANCE CAPT J. PRECIADO WHO WORKS ON SRGT JANOW'S SHIFT WROTE ME UP FOR WRITING A GRIEVANCE ON SRGT JANOW SAYING I LIED THAT IS RETALATION ON ME THERE WERE SEVERAL PEOPLE AND INMATES WHO HEARD SRGT. JANOW SEXUALLY HARRASS ME ON SEVERAL OCCASIONS I AM REALLY SCARED OF THIS SRGT BECAUSE HE HAS MADE THREATS TOWARD ME SAYING LET ME FIND OUT YOUR WRITING GRIEVANCES ON ME IMA PUT A HIT ON YOU THERES A GRIEVANCE ON THAT TOO BUT HAVE NOT HEARD NOTHING BACK ON THAT CAN YOU PLEASE LOOK INTO THIS SRGT PLEASE AND THANK YOU FOR YOUR TIME

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** _____  **Date:** 4-24-2020

**Grievance Response:**

An investigation has been conducted into your complaint. An Offender Protection Investigation has been completed and no evidence has been found to substantiate your allegations of sexual harassment. Any further evidence you may have to support your allegations should be brought to the attention of the Major or Warden. Be advised; the allegation of Sgt. Janow threatening you will be addressed in Grievance #2020090804. No further action is warranted by this office.

**Signature Authority:** _MℓL_    M. LEWANDOWSKI    **Date:** 5|28|20

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ___Screened ___Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>2nd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ___Screened ___Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ___Screened ___Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

EMERGENCY GRIEVANANCE

**Texas Department of Criminal Justice**

STEP 1 OFFENDER GRIEVANCE FORM

EXHIBIT # D

Offender Name: GERALD THOMAS  TDCJ # 2279195

Unit: CLEMENTS  Housing Assignment: HS-D-233

Unit where incident occurred: CLEMENTS UNIT

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020 090804 |
| Date Received: | MAR 16 2020 |
| Date Due: | 4.25.20 |
| Grievance Code: | 015 |
| Investigator ID #: | 2108 |
| Extension Date: | |
| Date Retd to Offender: | APR 2 2 2020 |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SRGT JANDW  When? 3-11-2020

What was their response? WHATS UP. I HEARD YOU PUT A PREA INVESTIGATION ON ME, LET ME FIND OUT

What action was taken? I'M WRITING THIS GRIEVANANCE DUE TO HIS THREATS TOWARD ME

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 3-11-2020 BETWEEN 7:00PM AND 10:00PM AT NIGHT
SRGT JANDW WAS DOING A WALK THROUGH DELTA WING HE CAME BY MY
CELL D-233 SAW ME AT THE WINDOW CAME UP TO ME HE SAID WHATS UP
I SAID WHATS UP THEN HE LEANED IN ON THE SIDE OF MY DOOR
AND SAID I HEARD YOU PUT A PREA INVESTIGATION ON ME, I INSTANTLY
GOT WORRIED AND DID NOT RESPOND TO HIM SRGT JANDW THEN SAID
LET ME FIND OUT YOU DON'T KNOW WHO YOUR FUCKING WITH I WILL
HAVE YOU HIT I IMMEDIATLY WALKED AWAY FROM THE DOOR
SEVERAL INMATES SAID THEY HEARD THIS D-234 D-232 IS WITNESSES
TO HIM SAYING THIS TO ME. I AM IN FEAR FOR MY LIFE
BY THIS OFFICER I FEEL MY SAFETY IS IN JEOPARDY NOT
ONLY HAS SRGT JANDW SEXUALLY HARRASSED ME HE HAS
MADE THREATS TO PHYSICALLY HARM ME DUE TO ME
WRITING GRIEVANANCE'S ON HIM PLEASE
DO NOT LET THIS OFFICER HURT ME AFTER THIS
STEP 1 GRIEVANANCE IS COMPLETED I AM GONNA
WRITE THE FEDERAL COURTS TO FILE A LAWSUIT
ON THIS MATTER. I SHOULD NOT BE TREATED THIS
WAY BY NO RANKING OFFICER MY SAFETY SHOULD
BE NUMBER 1 AND I FEEL IT IS IN JEOPARDY
BY SRGT JANDW WHEN HE STOPPED BY MY CELL
ON 3-11-2020 TO THREATEN ME ITS ALL ON
CAMARA THERE IS A CAMERA RIGHT IN FRONT OF

I-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS RE**QUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

MY CELL THAT YOU CAN REVIEW CAN YOU LOOK
INTO THIS ASAP PLEASE I TELL HE IS GONNA
RETALIATE ON ME AND HARM ME PHYSICALLY
ASSAULTED I WOULD GREATLY APPRECIATE ALL YOUR
HELP PLEASE AND THANK YOU FOR YOUR TIME

**Action Requested to resolve your Complaint.** SRGT TAVOW INVESTIGATED FOR
MAKING THREATS TO HARM ME DUE TO ME WRITING GRIEVANCES

**Offender Signature:** _(signature)_     **Date:** 3-11-2020

**Grievance Response:**

Your complaint has been investigated and findings reviewed.  Staff denied your allegations of threatening
you with physical harm.  Unit investigation did not reveal sufficient evidence to substantiate your claim of
staff misconduct.  No further action warranted.

Joe Tovar, Assistant Warden

APR 2 2 2020

**Signature Authority:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-178) to the Unit Grievance Investigator within 15 days for ~~been sig~~ of the Step 1 response.
State the reason for appeal on the Step 2 Form.                                                  ~~at been re~~

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days. *
☐ 3.  Originals not submitted. *
☐ 4.  Inappropriate/Excessive attachments. *
☐ 5.  No documented attempt at informal resolution. *
☐ 6.  No requested relief is stated. *
☐ 7.  Malicious use of vulgar, indecent, or physically threat... language. *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to** adversely
**Affect the offender's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

JUL 0 9 2020

EXHIBIT #E

**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: GERALD THOMAS TDCJ # 227595

Unit: CLEMENT UNIT Housing Assignment: HS-A 233

Unit where incident occurred: CLEMENTS UNIT

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2020090804 |
| UGI Recd Date: | MAY 0 8 2020 |
| HQ Recd Date: | MAY 2 6 2020 |
| Date Due: | 06-17 |
| Grievance Code: | 015 |
| Investigator ID#: | 12448 |
| Extension Date: | |

You must attach the completed Step 1 Grievance that has ~~...~~ned by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that h~~...~~ turned unprocessed.

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

I AM DISSATISFIED WITH THE STEP 1 GRIEVANCE # 2020090804 BECAUSE THEY SAID THERE WAS NOT SUFFICIENT EVIDENCE THAT SRGT JANAN THREATENED ME DUE TO HIM ~~CONTINUED~~ SEXUALLY HARRASSING ME I HAD SEVERAL WITNESSES WHO HEARD HIM SEXUALLY HARRASS WHICH LEAD ME TO WRITE A GRIEVANCE ON HIM THEN HE CAME BY AND THREATENED TO DO PHYSICAL HARM TO ME I HAD SEVERAL WITNESSES WHO HEARD HIM SAY THIS TO ME AND NOTHING WAS DONE TO HIM NOW IF THAT WAS INMATE WHO THREATENED A OFFICER THEY WOULD RECIEVED A WRITE UP AND LOST ALOT OF PRIVILAGES WHY IS IT OK FOR SRGT JANAN TO MAKE PHSICAL THREATS AND SEXUALLY HARRASS ME AND NOTHING IS DONE EVEN KNOW I HAD WITNESSES TO THESE ALLIGATIONS THEY NEVER QUESTIONED MY WITNESSES TO SEE IF IT WAS TRUE OR NOT CAN YOU PLEASE LOOK INTO THIS ASAP BECAUSE AFTER THIS I AM GOING TO FILE A LAWSUIT FOR BEING SEXUALLY HARRASSED AND THREATENED TO

I-128 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix G

*PHYSICAL HARM BY A RANKING OFFICER PLEASE AND THANK YOU FOR YOUR TIME*

**Offender Signature:** _____ **Date:** 5-3-2020

**Grievance Response:**

An investigation has been conducted into your complaint. An Administrative Investigation has been completed and no evidence has been found to substantiate your allegations of threats of violence. Any further evidence you may have to support your allegations should be brought to the attention of the Major or Warden. No further action is warranted by this office.

*H. M. Pederson*

JUN 1 7 2020

**Signature Authority:** _____ **Date:** _____

**Returned because:**     *Resubmit this form when corrections are made.

☒ 1. Grievable time period has expired.
☒ 2. Illegible/Incomprehensible.*
☒ 3. Originals not submitted. *
☒ 4. Inappropriate/Excessive attachments.*
☒ 5. Malicious use of vulgar, indecent, or physically threatening language.
☒ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**I-128 Back (Revised 11-2010)**                    **Appendix G**

EX HIBIT #F

**Texas Department of Criminal Justice**

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021014431 |
| Date Received: | OCT 05 2020 |
| Date Due: | 11·14·20 |
| Grievance Code: | O1S |
| Investigator ID #: | 2108 |
| Extension Date: | |
| Date Retd to Offender: | NOV 09 2020 |

Offender Name: GERALD THOMAS  TDCJ # 2275195

Unit: CLEMENTS UNIT  Housing Assignment: D-233

Unit where incident occurred: CLEMENTS UNIT (TDCJ)

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SRGT JIMENEZ   When? 9-30-2020

What was their response? HE DID THE WHITE POWER SALUTE TO ME 2 TIMES

What action was taken? IM WRITING A GRIEVANCE THEN IMA FILE A LAWSUIT

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 9-30-2020 SEPTEMBER 30TH 2020 AT APROXIMATLY 6.00PM TO 10:00PM (DONT KNOW EXACT TIME) @ SRGT JIMENEZ CAME WALKING UP THE STAIRS BY 2 ROW BACK HALF OF D-SECTION HE WAS LOOKING AT MY CELL D-233 I WAS STANDING AT MY CELL DOOR HE CAME UP TO ME TOLD ME TO GET OUT THERE AND DID THE WHITE POWER HITLER SALUTE TO ME TWICE AND TOLD ME MY TIME IS COMING THEN HE STARTED DESRIBE WHO THE; MESSAGE CAME FROM THEN HE WALKED AWAY LAUGHING MY NEIGHBOR IN D-234 HEARD ALL OF THIS BY SRGT JIMENEZ ITS ALL ON CAMERA THERE'S @ A CAMERA RIGHT IN FRONT OF MY CELL I AM SCARED FOR MY LIFE I HAVE PUT GRIEVANANCES IN EXPRESSING IM GREENLIGHTED BY WHITE SUPREMACIST GROUPS IN TEXAS PRISONS CAN YOU PLEASE LOOK INTO WHAT SRGT JIMENEZ DID PLEASE DO NOT LET SRGT JIMENEZ RETALIATE ON ME WITH PHYSICAL HARM I AM SCARED OF THIS SRGT FOR WHAT HE DID IN FRONT OF MY CELL ON SEPTEMBER 30TH CAN YOU PLEASE LOOK INTO THIS ASAP BECAUSE MY LIFE IS IN DANGER AT BILL CLEMENTS UNIT ———————→

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

THE ABOVE AND FOREMENTIONED STATEMENT IS
100% TRUE AND WRITTEN ON MY OWN ACCORD

GERALD THOMAS #2275195
HS-D-233 cell       OCTOBER 4TH 2020

**Action Requested to resolve your Complaint.** IF NOT RESOLVED AND MY SAFETY
IS IN JEOPARDY I WILL FILE A LAWSUIT

**Offender Signature:** _____   **Date:** OCTOBER 4TH 2020

**Grievance Response:**

Your complaint has been investigated and findings reviewed.  Staff denied your allegation of
doing the "Hitler salute".  No evidence was presented to support your claim of staff misconduct.
An Offender Protection Investigation was also completed.  Unit Classification Committee advised
they were unable to substantiate the allegations.   No further action warranted.

**NOV 0 9 2020**

**Signature Authority:** _Asst. Warden_ ___ C. Bristow ___   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**        ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

I-127 Back (Revised 11-2010)

Appendix F



BC EXHIBIT #6

MAR 17 2021



**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2021 014 431 |
| UGI Recd Date: | DEC 0 7 2020 |
| HQ Recd Date: | RECEIVED DEC 15 2020 |
| Date Due: | 1-16-2021 |
| Grievance Code: | 015 |
| Investigator ID#: | 2448 |
| Extension Date: | |

Offender Name: GERALD THOMAS TDCJ # 2275195

Unit: CLEMENTS UNIT Housing Assignment: H5-D-#8

Unit where incident occurred: CLEMENTS UNIT (H5-D-219)

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

FIRST AND FOREMOST I AM WRITING THIS LATE
BECAUSE I HAD NOT HAD THE CHANCE TO GET A STEP 2
DUE TO MY WING/POD NOT HAVING NO STEP 1 OR
STEP 2 GRIEVANCE I HAD ASKED EVERY OFFICER
TILL NOW THEY FINALLY FOUND ME ONE ON 12-2-2020
I AM DISSATISFIED WITH STEP 1 DUE TO HOW
THE SITUATION AND INVESTIGATION WAS HANDLED
IT WAS ON VIDEO CAMERA THAT SRGT JIMENEZ
DID A RACIAL SALUTE TO ME TWICE AND
THREATENED ME. THE WAY LT ORR HANDLED
THIS INVESTIGATION WAS VERY POOR AND
UNPROFESSIONAL INSTEAD OF PULLING ME OUT
OF MY CELL AND TALKING TO ME IN HIS
OFFICE HE CAME TO MY CELL AND TOLD ME
IN FRONT OF ALL THE OTHER INMATE'S
THAT SRGT JIMENEZ DID THIS BECAUSE I
HAD A GREENLIGHT FROM A WHITE
SUPREMACIST STG GROUP HERE IN TEXAS THAT PUT
ME MORE IN DANGER ALSO LT ORR WOKE
PEOPLE UP AND TOLD THEM IF THEY CAN
VERIFY THAT SRGT JIMENEZ DID THIS DO TO

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

Appendix G

ME HAVING A GREENLIGHT NOTHING WAS DONE
WITH WHAT HAPPENED TO ME BY SRGT
JIMENEZ THAT WAS VERY UNPROFESSIONAL WHAT HE
TO ME CAN YOU LOOK INTO THIS ASAP
I WOULD GREATLY APRECIATE IT PLS AND THANK YOU

**Offender Signature:** _____   **Date:** 12-2-2020
_____

**Grievance Response:**

An investigation has been conducted into your complaint. A Safe Prisons/PREA Investigation has been
completed and no evidence has been found to substantiate your allegations of threats of violence. Any
further evidence you may have to support your allegations should be brought to the attention of the
Major or Warden. No further action is warranted by this office.

*H. M. Pederson*

**Signature Authority:** _____   **Date:** JAN 1 4 2021
_____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

EXHIBIT #4

SPPOM 05.11
Attachment F

| To: | Thomas, Gerald | TDCJ#: | 2275195 | | BC |
|-----|----------------|--------|---------|---|-----|
| **From:** | | | | | |
| **Date:** | | | | | |
| **Re:** | Notification of Sexual Abuse Outcome | | | | |
| **EAC#** | | Grievance # | | | |

On _____, you made an allegation of staff-on-offender ☐ Sexual Abuse ☐ Sexual Harassment ☐ Voyeurism, which prompted an administrative investigation.

The investigation regarding your allegation was completed on _____. Upon completion it was determined that your allegation is ☐ Substantiated ☐ Unsubstantiated ☑ Unfounded. As a result of the investigation, the following actions have taken place:

☐ The alleged staff member/contractor/volunteer listed below is no longer assigned to the unit.

Name: _____

Name: _____

Name: _____

☐ The alleged staff member/contractor/volunteer listed below is no longer employed with the Texas Department of Criminal Justice.

Name: _____

Name: _____

Name: _____

The Safe Prisons/PREA Management Office will inform you of any criminal sexual abuse charges related to your allegation when the staff member(s) has been 1) indicted (True Billed) or 2) convicted of the charges. If you need assistance understanding the information contained in this brochure, contact the Safe Prisons/PREA Manager on your unit.

_____        _____        (3/06/20)
**Warden Printed Name/Title**            **Warden Signature**                **Date**

Cc: Copy - Investigative Packet

IM JUST MAKIN SURE MY SEXUALITY YOU GUYS HAVE
ON FILE IS TRANSGENDER FOR I DONT BE HOUSED WRONG
I WOULD GREATLY APRECIATE IT PLEASE AND THANK
YOU FOR YOUR TIME



You were placed on the Transgender list
as of 10-8-19 EXHIBIT #I

NAME: GERALD THOMAS #2275195
LIVING QUARTERS: D-219 ECB          JOB: NONE

URGENT                    I-60                    URGENT

DATE: 3.5.2021

TO: SAFE PRISONS
ADDRESS: BILL CLEMENTS

Sir/Ma'am   Yes I'm filing this because my life is in danger and I need help. On 3-2020   I wrote safe-prisons an I-60 stating my life is in danger and instead of talking to me Safe-prisons approached the people I filed on telling them I was "snitching". Then the issue was pushed aside. That is a violation of my constitutional rights alone. I've got several "kites" where people are threatening my safety/life and safe-prison refuses to help me. On Monday. September. 28th I wrote Huntsville an in-depth letter about the situation. Explaining to them that I'm a trans-gender who's in danger. I have a 'green light' on my life from know white family members. Meaning they've been told to 'drop' me on sight. This is a serious matter that needs to be addressed with haste! I'm scared for my life and need help. If someone will come speak to me I have the kites, names. times and other information to show it's not a joking matter. I have also notified people in the out-side world about this situation. And if need be I'll contact a lawyer. Please help me before someone hurts me or kills me. According to T.D.C.J rules & policy I'm not supposed to be denied help, nor am I supposed to placed in more danger by safe-prisons going and telling other inmates that I'm filing a GPI or I'm "snitching". Please look into this and someone ~~come~~ pull me out to handle this matter!! My life is in extreme danger and I have proof.

EXHIBIT #1

↑

"Copy"  Someone helped me write this is the grievance I wrote 5 times already here at Bill Clements but those grievances keep coming up missing for some odd reason no one comes and talks to me

The above and forementioned statement is true. And is written of my own free will   Name: GERALD THOMAS ※227519S

Housing: HS-D233        Date: 10-8-20

Amarillo, TX 791
WED 31 MAR 2021 PM

GERALD THOMAS #0075195
CLEMENTS UNIT
9601 SPUR 591
AMARILLO TX, 79107

RECEIVED
APR - 1 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
205 S.E. 5TH AVE ROOM #1.
AMARILLO, TX, 79101

LEGAL