IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GERALD WILSON THOMAS, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:21-CV-061-Z-BR |
| AMY J FLORES, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER REQUIRING PLAINTIFF TO INFORM COURT OF INTENT TO PROCEED

Plaintiff Gerald Wilson Thomas, acting *pro se* and while a prisoner incarcerated in the Clements Unit of the Texas Department of Criminal Justice, has filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants.

Plaintiff sought a Temporary Restraining Order from the Court, (ECF 12), which was denied. (ECF 32). Plaintiff pursued an interlocutory appeal of that decision, which was dismissed for want of prosecution. (ECF 36).

Since that time, the Court has received limited communication from Plaintiff. Accordingly, Plaintiff is ordered to file a document entitled "Notice of Intent to Proceed" on or before **September 26, 2023** if, in fact, plaintiff wishes to pursue his 1983 cause of action based on the facts contained in his complaint.

The Court does not intend for this Order to dissuade plaintiff from proceeding.

IT IS SO ORDERED.

ENTERED September 5, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE