IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GERALD WILSON THOMAS<br>TDCJ-CID No. 02275195,<br><br>    Plaintiff,<br><br>v.<br><br>AMY J. FLORES, *et al.*,<br><br>    Defendants. | 2:21-CV-061-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Complaint (ECF No. 3) pursuant to 42 U.S.C. § 1983 filed by Plaintiff ("FCR") (ECF No. 39). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and the case is **DISMISSED**.

**IT IS SO ORDERED**.

November 16, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE