IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GERALD WILSON THOMAS<br>TDCJ-CID No. 02275195,<br><br>    Plaintiff,<br><br>v.<br><br>AMY J. FLORES, *et al.*,<br><br>    Defendants. | 2:21-CV-061-Z-BR |

## JUDGMENT

The Court has entered its order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. Accordingly, Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**.

November 16, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE